OPINION — AG — ** ROADS — BRIDGES — FERRIES — COURT COSTS ** THE DEPARTMENT OF TRANSPORTATION IS LIABLE, UNDER THE PROVISIONS OF 69 O.S. 1203 [69-1203](F) FOR COURT COSTS AND POUNDAGE FEES ONLY IN THE EVENT OF AN APPEAL RESULTING IN THE JURY VERDICT IN EXCESS OF THE COMMISSIONER'S ORIGINAL AWARD. (LIABILITY OF CONDEMNORS, CONDEMNATION, COURT COSTS) CITE: 69 O.S. 4009 [69-4009], 69 O.S. 1203 [69-1203](F), 28 O.S. 152.3 [28-152.3] (JERRY L. WEEKS) SEE: OPINION NO. 92-524 (1992)